# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00271-CV

**Pauline Wilson Lovato, Individually; and on behalf of all
wrongful death Beneficiaries, Appellant**

**v.**

**Austin Nursing Center, Inc., d/b/a Austin Nursing Center; Century Care of
America, Inc.; Paul Gray; Paul Hanlon; M. Hartnett, L.V.N.; Opal Henry;
M. Hooper, L.V.N.; P. King; H. Preslar, L.V.N.; Marilee Smith, L.V.N.;
Laura Swarbrick; Mary White, R.N.; Delena Whitten;
and Guadalupe Zamora, M.D., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GN-000891B, HONORABLE PAUL R. DAVIS., JR., JUDGE PRESIDING

Appellant has filed a letter indicating that she wishes to dismiss the appeal and pursue an

appeal of the judgment entered in another trial court cause number. In accordance with appellant's wishes,

we dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Appeal Dismissed

Filed: June 27, 2002

Do Not Publish